**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

CHARLES JEREMIAH BRACEY                                                                         PLAINTIFF

vs.                                                            CIVIL ACTION NO. 3:12-CV-323 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed; that Plaintiff's Motion to Amend/Correct Record be denied; that Plaintiff's appeal be dismissed with prejudice; and that the Final Judgment in favor of the Commissioner be entered. After having considered the reasons set forth in the Report and Recommendation and there being no objection filed by the plaintiff, this court hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 30th day of August, 2013.**

                                                                                    s/ HENRY T. WINGATE
                                                                                    **UNITED STATES DISTRICT JUDGE**